UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA ROGERS,

    Plaintiff,

v.                                             Case No:   6:23-cv-676-PGB-DCI.

HOA RESTAURANT HOLDER, LLC d/b/a
HOOTERS OF KISSIMMEE,

    Defendant.
_____/

## PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff, LISA ROGERS, by and through the undersigned attorneys, sues the Defendant, HOA RESTAURANT HOLDER, LLC, d/b/a HOOTERS OF KISSIMMEE (hereinafter, "Hooters of Kissimmee", and states as follows:

### INTRODUCTION

1. On or about February 28, 2020, LISA ROGERS, was lawfully on Hooters of Kissimmee's premises as a business invitee, located at 8207 W. Irlo Bronson Memorial Highway, Kissimmee, Florida 34747.

2. At that time and place, LISA ROGERS, was walking inside of the restaurant in the direction of another ding table, when her shoe got caught underneath the aluminum flashing which was separated from the floor, creating an unnatural raise and foreseeable trip hazard. As a consequence, LISA ROGERS fell to the ground and sustained severe bodily injury.

3. HOA RESTAURANT HOLDER, LLC, d/b/a HOOTERS OF KISSIMMEE, had a duty to its invitees, including LISA ROGERS, to maintain HOA RESTAURANT HOLDER, LLC, d/b/a HOOTERS OF KISSIMMEE's premises, including the floors where the subject aluminum flashing

was located, in a responsibly safe condition for use by invitees, and to warn invitees of any known hazards or hazardous conditions, about which HOA RESTAURANT HOLDER, LLC, d/b/a HOOTERS OF KISSIMMEE, knew or reasonably should have known through the exercise of reasonable care.

## PARTIES

4.   Plaintiff, LISA ROGERS, is a Maine resident of Holden, Penobscot County, Maine.

5.   Defendant, HOA RESTAURANT HOLDER, LLC, d/b/a HOOTERS OF KISSIMMEE, is a Foreign Limited Liability Company.

## FACTS

6.   On February 28, 2020, Plaintiff, LISA ROGERS, was lawfully on HOA RESTAURANT HOLDER, LLC, d/b/a HOOTERS OF KISSIMMEE, premises as a business invitee located at 8207 W. Irlo Bronson Memorial Highway, Kissimmee, Florida 34747.

7.   On or about February 28, 2020, while Plaintiff, LISA ROGERS, was lawfully on Hooters of Kissimmee's premises located at the above address as a business invitee, Plaintiff's shoe got caught underneath a raised aluminum flashing separated from the floor, and, as a consequence, Plaintiff, LISA ROGERS, fell to the ground and sustained severe bodily injury.

8.   At all times material hereto, Defendant, HOA RESTAURANT HOLDER, LLC, d/b/a HOOTERS OF KISSIMMEE, had a duty to invitees, including Plaintiff, LISA ROGERS, to maintain the HOA RESTAURANT HOLDER, LLC, d/b/a HOOTERS OF KISSIMMEE's premises, including the floors where the subject aluminum flashing was located, in a reasonably safe condition for use by invitees, and to warn invitees of any known hazards or hazardous conditions, about which Defendant knew or reasonably should have known through the exercise of reasonable care.

Case No:   6:23-cv-676-PGB-DCI

9. At the above time and place, Defendant breached its duties owed to Plaintiff, LISA ROGERS, by committing one or more of the following omissions or commissions:

   a. Negligently failing to maintain or adequately maintain the floors where the raised aluminum flashing was located, thus creating an unreasonably dangerous condition to members of the public, including Plaintiff;

   b. Negligently failing to inspect or adequately inspect the floor and to ascertain whether the floor constituted a hazard to members of the public, thus creating an unreasonably dangerous condition to members of the public, including Plaintiff;

   c. Negligently failing to warn or adequately warn Plaintiff of the danger of the raised aluminum flashing on the floor, when Defendant knew or through the exercise of reasonable care should have known that the raised aluminum flashing on the floor were unreasonably dangerous, and that Plaintiff was unaware of this unreasonably dangerous condition; and

   d. Negligently failing to correct or adequately correct the unreasonably dangerous condition of the floor where the aluminum flashing was raised, on Defendant's premises, when this condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

10. As a result of Defendant's breach and/or multiple breaches, while Plaintiff, LISA ROGERS, was lawfully on HOA RESTAURANT HOLDER, LLC, d/b/a HOOTERS OF KISSIMMEE's, premises, Plaintiff tripped on the raised aluminum flashing separated from the floor, and as a consequence, fell on the floor sustaining serious and permanent injuries.

**CLAIMS**

Case No:   6:23-cv-676-PGB-DCI

11.     As a direct and proximate result of the negligence of Defendant, HOA RESTAURANT HOLDER, LLC, d/b/a HOOTERS OF KISSIMMEE, Plaintiff, LISA ROGERS, suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scaring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of previous existing conditions.  These losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, LISA ROGERS, prays for judgment in her favor and against Defendant, HOA RESTAURANT HOLDER, LLC, d/b/a HOOTERS OF KISSIMMEE, and for an award of compensatory damages, attorneys' fees, costs, and any other such relief that is appropriate and just.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated April 20, 2023.

/s/ Brian W. Rush
Brian W. Rush, Esq.
Florida Bar No. 92015
Dan Newlin & Partners, P.A.
7335 W. Sand Lake Road, Ste. 300
Orlando, FL 32819
Plaintiff's Counsel of Record

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court via CM/ECF on April 20, 2023, and the foregoing document us being served this day on all counsel or parties of records on the below service list, via the means indicated below.

/s/ Brian W. Rush
Brian W. Rush, Esq.
Florida Bar No. 92015

Case No:   6:23-cv-676-PGB-DCI

## SERVICE LIST

Michael M. Garcia, Esq.
Fowler White Burnett, PA
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, FL 333131
*Counsel for Defendants*
Service Via E-Mail to:
mgarcia@fowler-white.com;
avilladerey@fowler-white.com;
wlezcano@fowler-white.com;
jzuniga@fowler-white.com;